IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KATHY GARNER and LOULEE W. KARN, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:90cv688-T |
| G. D. SEARLE PHARMACEUTICALS & COMPANY; et al., ) ) ) ) | (WO) |
| Defendants. ) | |

## ORDER

It is ORDERED that defendant G. D. Searle Pharmaceuticals & Company's motion to alter or amend judgment (Doc. no. 180) is denied.

DONE, this the 1st day of July, 2005.

      /s/ Myron H. Thompson
      **UNITED STATES DISTRICT JUDGE**