IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATHY GARNER and LOULEE W. KARN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 2:90cv688-MHT ) (WO) |
| G. D. SEARLE PHARMACEUTICALS & CO., | ) ) ) |
| Defendants. | ) |

FINAL JUDGMENT

In accordance with the liability opinion (doc. # 177) and the memorandum damages opinion entered contemporaneously with this final judgment, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of plaintiffs Kathy Garner and Loulee W. Karn against Searle and that plaintiff Kathy Garner be and is hereby AWARDED damages in the amount of $544,688.03 and that plaintiff Loulee W. Karn be and is hereby AWARDED damages in the amount of $1,378,143.60. It is further

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice with costs taxed against the defendant for which execution may issue.

Done this 15th day of February, 2013.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE